# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br>    Plaintiff,<br>v.<br>MIKE VANLUVEN,<br>    Defendant. | Case No.: 2:22-cv-00994-RFB-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and submitted a motion to initiate this case. Docket No. 1. In addition to the fact that the motion is improperly filed and does not constitute a compliant, Plaintiff has not paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than **July 25, 2022**. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

4.       Plaintiff's motion to request 10 million dollars, Docket No. 1, is **DENIED** without prejudice, as the matter of the filing fee has not yet been determined.

IT IS SO ORDERED.

Dated: June 24, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE